IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK GREEN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 17-2050 |
| ARCELORMITTAL PLATE, LLC, | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 12th day of February, 2018, upon consideration of Defendant Arcelormittal Plate, LLC's Motion for Summary Judgment (Doc. No. 14) and the briefing in support thereof and in opposition thereto, it is hereby ORDERED that:

1. Defendant's Motion is GRANTED. JUDGMENT is entered against Plaintiff and in favor of Defendant.

2. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE